# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                          Case No. 23-45474

DORRIS NELLA TWIDDY,                            Chapter 13

                    Debtor.                    Judge  Thomas J. Tucker
_____/

## ORDER DISMISSING CASE

On October 28, 2022, the Debtor filed a voluntary petition for relief under Chapter 13, commencing Case No. 22-48495.  On March 1, 2023, the Court entered an Order dismissing that case and barring the Debtor from filing another bankruptcy petition "unless and until the Debtor first pays in full the unpaid filing fee [of $313.00] for this case."  (Docket # 32 in Case No. 22-48495, the "Dismissal Order").  The Dismissal Order stated further: "The Debtor is barred from filing any new case under the Bankruptcy Code, and the Clerk is directed not to accept for filing any further bankruptcy petition(s) by or on behalf of the Debtor, unless and until the Debtor first pays in full the unpaid filing fee for this case." (*Id.*)

Despite this, on June 19, 2023, the Debtor, through her attorney Afan Bapacker, filed a voluntary petition for relief, commencing this new case.  Because the Debtor has not paid the overdue filing fee for Case No. 22-48495, the Debtor's filing of this case was in violation of the bar in the Dismissal Order.  For this reason,

IT IS ORDERED that this case is dismissed.

**Signed on June 20, 2023**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**